UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>Petitioner,<br><br>v.<br><br>JOE GAROFALO,<br>Colusa County Sheriff,<br><br>Respondent. | No. 2:18-cv-2276 AC P<br><br>ORDER and<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner proceeds pro se and in forma pauperis with this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Petitioner commenced this action while an inmate in the Colusa County Jail; he has since been transferred to Deuel Vocational Institution (DVI), under the authority of the California Department of Corrections and Rehabilitation. By order filed November 8, 2018, the court dismissed petitioner's original habeas petition with leave to file an amended petition within thirty days. See ECF No. 7. The court instructed that the amended petition must be limited to a challenge of petitioner's 2016 conviction and sentence in the Colusa County Superior Court, in Case No. CR58243, and demonstrate exhaustion of petitioner's state court remedies. Id.

On December 19, 2018, in response to petitioner's apparent confusion among his numerous cases pending in this court, the undersigned granted petitioner an additional thirty days to file an amended petition, and informed him that "no further extensions of time will be

granted." ECF No. 10 at 3. The court also informed petitioner that "[f]ailure . . . to timely comply with this order will result in a recommendation that this action be dismissed without prejudice." Id.

The extended deadline, January 18, 2019, has passed without petitioner filing an amended petition. Review of the docket demonstrates that, despite petitioner's transfer to DVI, he has remained in contact with the court and filed duplicate changes of address in the instant case. It is thus reasonable to infer that petitioner is aware of the deadline in this case. Therefore, the undersigned will recommend dismissal of this case without prejudice.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this case.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 30, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE